IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KANG JIE JIANG,

    Petitioner,

v.                                                                                                  No. 1:26-cv-00467-DHU-GJF

MELISSA ORTIZ, Acting Warden, Torrance
County Detention Facility; JOEL GARCIA, Field
Office Director, El Paso Field Office, Immigration
and Customs Enforcement; TODD LYONS, Acting
Director, Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department of
Homeland Security; PAMELA BONDI, U.S.
Attorney General,

    Respondents.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 and requests, *inter alia*, that the Court order federal immigration officials to declare his detention unlawful and immediately release him. *Id.* at 21.

Under the District of New Mexico's Standing Order regarding service of process in immigration habeas cases, procedures for service of the Petition on Respondents are governed by Rule 4 of the Rules Governing Section 2254 Cases. *See In the Matter of: Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, 26-MC-0004-03 at 1 (explaining that the district court may apply any or all of these rules to a habeas petition not covered under 28 U.S.C. § 2254). Pursuant to this Standing Order, the Clerk's office has electronically served copies of the Petition on Respondents through the CM/ECF system. Doc. 3.

1

The Court has reviewed the Petition *sua sponte* under Habeas Corpus Rule 4 and finds that dismissal is not warranted and a response from the Government is necessary. Pursuant to the Standing Order regarding service, **IT IS THEREFORE ORDERED** that Respondents must answer the Petition and show cause why it should not be granted within ten (10) business days of February 18, 2026, the date of electronic service. *See* Doc. 3. Petitioner's reply, if any, is due five (5) business days after the Response is filed. The Court will set a hearing, if necessary.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE